**James B. KINDRED, Appellant,**

v.

**DIRECTOR OF REVENUE, Janette M. Lohman, Respondent.**

No. WD 52794.

Missouri Court of Appeals, Western District.

April 1, 1997.

James R. Anderson, Kansas City, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., James A. Chenault, III, Sp. Asst. Atty. Gen., Mo. Dept. of Revenue, Jefferson City, for Respondent.

Before ULRICH, C.J., P.J., and BERREY and EDWIN H. SMITH, JJ.

### ORDER

PER CURIAM.

Appellant appeals the trial court's decision to uphold the Director of Revenue's suspension, pursuant to § 302.505.1, of his right to operate a motor vehicle in the State of Missouri following his arrest for driving while intoxicated.

Judgment affirmed. Rule 84.16(b).

**George W. WILLIAMS, Appellant,**

v.

**STATE of Missouri, Respondent.**

No. WD 52317.

Missouri Court of Appeals, Western District.

April 1, 1997.

Emmett D. Queener, Asst. Public Defender, Columbia, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Jacqueline K. Hamra, Asst. Atty. Gen., Jefferson City, for Respondent.

Before BRECKENRIDGE, P.J., and SMART and EDWIN H. SMITH, JJ.

### Order

PER CURIAM.

Appeal from the denial of appellant's Rule 29.15 motion after an evidentiary hearing.

Judgment affirmed. Rule 84.16(b).